UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:  
**Tiauna Watson**

Chapter: 13  
Case No.: 17-31696  
JUDGE: Joel D Applebaum

Debtor
_____/

## EX-PARTE MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the Debtor, Tiauna Watson, by and through their Attorney, Anthony Y. Abueita, and hereby petitions the Court to dismiss their Chapter 13 Bankruptcy, Case Number 17-31696, for the reason that debtors request the same.

Dated: 1/28/20

/s/ Tiauna Watson  
Tiauna Watson,  
Debtor

Dated: 1/28/2020

/s/ Anthony Y. Abueita  
Anthony Y Abueita, P70755  
Attorney for Debtor  
703 S Grand Traverse  
Flint, Michigan 48502  
810-235-8669  
abueitalaw@gmail.com